Certificate Number: 16339-PAM-DE-040141473

Bankruptcy Case Number: 25-02322



16339-PAM-DE-040141473

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 29, 2025, at 3:24 o'clock PM EDT, Richard Mosslih completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  September 29, 2025          By:    /s/Kelley Tipton

                                   Name:  Kelley Tipton

                                   Title: Certified Financial Counselor